# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | NO. 4:15-CR-00188-ALM-AGD |
| CHRISTOPHER JASON REASNOR § | |
| (3) § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 112 (sealed).

### PROCEDURAL HISTORY

In October 2016, United States District Judge Amos L. Mazzant sentenced defendant Christopher Jason Reasnor to 120 months imprisonment followed by five years of supervised release. Dkt. 93 at 2–3. Reasnor's term of supervised release commenced May 28, 2024. Dkt. 112 at 1 (sealed).

In August 2024, a probation officer petitioned the court for a warrant, alleging that Reasnor had violated five conditions of his supervised release. Dkt. 112 (sealed). The government later moved to withdraw allegations one, four, and five. Minute Entry for Oct. 29, 2024. That left the petition with two active allegations: that Reasnor had violated two conditions of supervision that required him to refrain from using a controlled substance, one of which also required him to refrain from possessing a controlled substance. Dkt. 112 at 2 (sealed).

In support of those allegations, the petition asserted that, on June 3 and 10, 2024, Reasnor submitted urine samples that tested positive for methamphetamine. *Id.*

A final revocation hearing was held before me on October 29, 2024. Reasnor pleaded true to the two remaining allegations. Minute Entry for Oct. 29, 2024. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. Dkt. 123. The government requested a sentence of 24 months imprisonment

followed by 24 months of supervised release, which is within the federal sentencing guidelines; the defendant agreed. After hearing argument from counsel and the defendant, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations one, four, and five in the petition for revocation of Reasnor's supervised release, Dkt. 112 (sealed), be dismissed; (2) Reasnor's supervised release be revoked based on allegations two and three in that petition, *id.*; (3) Reasnor be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months with 24 months of supervised release to follow under all of the prior conditions imposed in the original judgment, Dkt. 93; and (4) Reasnor be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

So ORDERED and SIGNED this 3rd day of November, 2024.

_____
Bill Davis
United States Magistrate Judge